UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEON WILLIAMS,

    Plaintiff

v.

SHAWN THORNHILL, et al.,

    Defendants

Case No.: 3:23-cv-00087-ART-CSD

**Order**

Re: ECF No. 1

Plaintiff has filed document titled as an initial brief which the court construes as a civil rights complaint. (ECF No. 1-1.) He also filed an "affidavit to proceed in forma pauperis." (ECF No. 1.)

The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's complaint was not accompanied by an IFP application on the court's form or the $402 filing fee (consisting of the $350 filing fee and $52 administrative fee).

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file his completed IFP application on the court's form or pay the full $402 filing fee. If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to

state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff fails to timely file a completed IFP application on the court's form or pay the filing fee, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: August 2, 2023

_____
Craig S. Denney
United States Magistrate Judge